**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MICHAEL VALDEZ, | Case No. CV 25-11851 FMO (SSCx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING WITHOUT PREJUDICE RE: BANK OF AMERICA, N.A.** |
| BANK OF AMERICA, N.A., <u>et al.</u>, | |
| Defendants. | |

Having been advised by counsel that plaintiff has settled his claims with Bank of America, N.A. ("Bank of America"), the action as to Bank of America is hereby dismissed, without costs and without prejudice to the right, upon good cause shown, no later than **August 26, 2026**, to re-open the action as to Bank of America if the settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 6th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge