Robert J. McGahan
California Bar No.: 196568
BRADLEY ARANT BOULT
CUMMINGS LLP
1900 K Street, Suite 800
Washington, D.C. 20006
Phone: (202) 719-8298
Fax: (202) 347-1684
bmcgahan@bradley.com
*Attorney for Defendant SoFi Bank N.A.*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MICHAEL VALDEZ, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA N.A.; <br> GOLDMAN SACHS GROUP, INC.; <br> and SOFI BANK, N.A., <br> Defendants. | Case No. 2:25-cv-11851-FMO-SSC <br><br> **DEFENDANT SOFI BANK, N.A.'S CONSENT MOTION FOR ENTRY OF THE STIPULATED PROTECTIVE ORDER** |

Defendant SoFi Bank, N.A. ("SoFi") submits this Consent Motion for Entry of the Stipulated Protective Order. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, SoFi respectfully requests that this Court grant the Motion and enter the proposed Stipulated Protective Order because discovery in this matter is expected to include proprietary and confidential information, and a protective order is necessary to defend the interests of the parties. In further support, SoFi states as follows:

1. Discovery in this matter may call for the production of materials, documents, or information containing confidential or proprietary business information, financial information, or other commercially sensitive or otherwise private information of the parties.

2. The parties have agreed to conduct discovery under the terms of a proposed

1

Stipulated Protective Order. A proposed Stipulated Protective Order is attached hereto as **Exhibit A**.

3.     The parties are in agreement as to the terms of the proposed Stipulated Protective Order and have indicated their agreement by signing such.

WHEREAS, SoFi respectfully requests that this Court grant this Motion and enter the proposed Stipulated Protective Order.

RESPECTFULLY SUBMITTED, this the 3rd day of August, 2026.

Respectfully submitted,


*/s/ Robert J. McGahan*
Robert J. McGahan
California Bar No.: 196568
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street NW, Suite 1350
Washington, D.C. 20036
Phone: (202) 719-8298
Fax: (202) 347-1684
bmcgahan@bradley.com
*Attorney for Defendant SoFi Bank N.A.*

2

DEFENDANT SOFI BANK, N.A.'S CONSENT MOTION FOR ENTRY OF THE
STIPULATED PROTECTIVE ORDER

## PROOF OF SERVICE

I, Robin-Renee Keys, the undersigned, certify and declare that I am over the age of 18 years and not a party to the within action. I am readily familiar with this firm's business practice for collection and processing of documents for mailing with the U.S. Postal Service. My business address is Bradley Arant Boult Cummings LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, AL 35203. On **August 3, 2026**, I served the foregoing document described as: **DEFENDANT SOFI BANK, N.A.'S CONSENT MOTION FOR ENTRY OF THE STIPULATED PROTECTIVE ORDER** on the following parties to this action addressed as stated below:

> Matthew M. Loker, Esq.
> Charles B. Cummings, Esq.
> Loker Law, APC
> 132 Bridge Street
> Arroyo Grande, CA 93420
> (805) 994-0177
> Matt.loker@loker.law
> Charles.cummins@loker.law
> *Attorneys for Plaintiff*

Service was accomplished as

[ ]     **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]     **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated above.

[X]     **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated above.

[ ]     **OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

DEFENDANT SOFI BANK, N.A.'S CONSENT MOTION FOR ENTRY OF THE
STIPULATED PROTECTIVE ORDER

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.


Date: August 3, 2026                    */s/Robin-Renee Keys*_____
                                        Robin-Renee Keys

DEFENDANT SOFI BANK, N.A.'S CONSENT MOTION FOR ENTRY OF THE
STIPULATED PROTECTIVE ORDER